2:24-mc-171

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FILED
USDC-VT
10/10/24

*ORDER TO SUPPLEMENT*
*2023 MASTER JURY WHEEL*
*(Northern Jury Division)*

### GENERAL ORDER NO. 122

The Clerk of Court is directed to supplement the 2023 Master Jury Wheel, Northern Jury Division, with an additional 5,000 names due to the excessive demand for names resulting in the exhaustion of the Master Wheel before its next scheduled refill. The supplementation is to be completed on or before November 30, 2024.

The 5,000 additional names will be randomly drawn electronically from voter registration checklists as well as driver's license registration lists from all counties within the Northern Jury Division.

Dated at Burlington, in the District of Vermont, this 10th day of October, 2024.

_____
Christina Reiss, Chief Judge
United States District Court